# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JEROME P. OLIVER | : No. 116 WAL 2016 |
| | : |
| v. | : Petition for Allowance of Appeal from the Order of the Superior Court |
| | : |
| LARRY M. BALL, DANNY R. BALL, LARRY J. BALL AND MARY H. BALL | : |
| | : |
| v. | : |
| | : |
| JOYCE HARMON AND AL HARMON, INDIVIDUALLY AND AS AUTHORIZED AGENTS FOR HOWARD HANNA COMPANY, T/D/B/A HOWARD HANNA COMPANY T/D/B/A HOWARD HANNA REAL ESTATE SERVICES | : |
| | : |
| PETITION OF: LARRY M. BALL, DANNY R. BALL, LARRY J. BALL AND MARY H. BALL | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justices Donohue and Mundy did not participate in the consideration or decision of this matter.